THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE 
 CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
In the Interest of: Joshua H., a Minor under the
Age of Seventeen,        Appellant,
 
 
 

Appeal From Horry County
Lisa A. Kinon, Family Court Judge

Unpublished Opinion No. 2004-UP-418
Submitted April 21, 2004  Filed June 
 25, 2004

APPEAL DISMISSED

 
 
 
Senior Assistant Appellate Defender Wanda H. Haile, Office 
 of Appellate Defense, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy 
 Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley 
 W. Elliott, all of Columbia;  and Solicitor J. Gregory Hembree, of Conway, for 
 Respondent.
 
 
 

PER CURIAM:  Joshua H. appeals the revocation 
 of his probation. Counsel for Joshua H. attached to the final brief a petition 
 to be relieved as counsel.  Joshua H. did not file a separate pro se 
 brief.  
After a review of the record as required 
 by Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable 
 issues that are arguable on their merits.  Accordingly, we dismiss Joshua H.s 
 appeal and grant counsels petition to be relieved. [1] 
 APPEAL DISMISSED.
 GOOLSBY, HOWARD and BEATTY, JJ., concur.

 
 [1]   
 Because oral argument would not aid the court in resolving the issues on appeal, 
 we decide this case without oral argument pursuant to Rules 215 and 220(b)(2), 
 SCACR.